## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MEGAN ALFANO**<br>**Plaintiff** | ) | **CIVIL ACTION** |
| | ) | |
| v. | ) | **COMPLAINT** |
| | ) | |
| | ) | |
| **COLLECTO, INC. d/b/a CCA,** | ) | |
| **JOHN DOE 1 a/ka DAVID MARTINS, and** | ) | |
| **JOHN DOE 2 a/k/a RICHARD MANNING** | ) | |
| **Defendants** | ) | |
| | ) | |
| | ) | **JUNE 4, 2009** |

### COMPLAINT

## I. INTRODUCTION

1.   The plaintiff brings this action against Collecto, Inc. d/b/a CCA ("CCA"), a debt collector, and two of its debt collector employees, John Doe 1 a/k/a David Martins ("Martins") and  John Doe 2 a/k/a Richard Manning ("Manning").  This action is for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*. and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a *et seq*

## II. PARTIES

2.   The plaintiff, Megan Alfano ("Alfano"), is a natural person residing in West Haven, Connecticut.

1.   The Defendant, CCA, is a Massachusetts corporation with a principal place of business in that state.  CCA uses instrumentalities of interstate commerce in the collection of debts.

2. Martins and Mannings are current or former employees of CCA of unknown residence and citizenship who work or worked as debt collectors. Their identities are not known to Plaintiff but are readily ascertainable in discovery.

## III. JURISDICTION

3. Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331 and pursuant to the Court's supplemental jurisdiction of the pendent claim.

4. Venue in this Court is proper, as the Plaintiff is a resident of Connecticut, the defendants collect debts in Connecticut, and the conduct that is the subject of this litigation occurred within this State.

## IV. FACTUAL ALLEGATIONS

5. Prior to December, 2008, Alfano became delinquent on several student loan debts that were owed to the Connecticut Higher Education Student Loan Authority ("CHESLA").

6. The accounts were assigned to CCA for collection, and Martins and Manning, as employees of CCA, attempted to collect the debts.

## V. COUNT ONE
### Fair Debt Collection Practices Act as to CCA

7. Plaintiff incorporates Paragraphs 1-6.

8. CCA, Martins, and Manning violated the FDCPA in the following respects:

a. Threatening to take the home owned by Plaintiff's parents even though they lacked intent or authority to do so;

b. Withdrawing money from Plaintiff's bank account without authorization or in excess of the authorization that had been given;

2

c. Failing to fully and promptly refund unauthorized withdrawals from Plaintiff's bank account;

d. Falsely accusing Plaintiff of bouncing a check;

e. Stating or implying that Plaintiff had committed a felony;

f. Entering into an agreement with the Plaintiff for the settlement of the debt and then failing to honor that agreement;

g. Pursuing the collection of the debt in a retaliatory manner because Plaintiff had submitted a complaint to the Connecticut Attorney General;

h. Attempting to dissuade Plaintiff from obtaining the advice of an attorney by belittling her and criticizing her for spending money on an attorney rather than using those funds to repay the debt.

i. Speaking to Plaintiff in a manner and tone intended to harass, frighten, and abuse her;

j. On information and belief, by refusing to consent to a payment schedule that would be approved by CHESLA; and

k. Other violations as may be determined in discovery.

## V. COUNT TWO
## UNFAIR TRADE PRACTICES AS TO CCA

9. Plaintiff incorporates Paragraphs 1-8.

10. CCA has violated CUTPA, and Plaintiff has suffered an ascertainable loss of money or property as a consequence.

WHEREFORE, the Plaintiff prays for the following relief:

Actual damages, statutory damages, and attorney's fees and costs pursuant to 15 U.S.C. § 1692k; Actual damages, punitive damages, attorney's fees and costs pursuant to Conn. Gen. Stat. § 42-110g, and such other relief as this Court deems appropriate.

PLAINTIFF, MEGAN ALFANO

By: _____

Daniel S. Blinn, ct02188
Matthew W. Graeber, ct27545
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408; Fax. (860) 571-7457