## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **MEGAN ALFANO,**     Plaintiff | ) CIVIL ACTION<br>) NO. 3:09-CV-00890(SRU)<br>) |
| v. | )<br>)<br>) |
| **COLLECTO, INC. d/b/a CCA,**<br>**JOHN DOE 1 a/ka DAVID MARTINS, and**<br>**JOHN DOE 2 a/k/a RICHARD MANNING,**     Defendants | )<br>)<br>)<br>) |
| | ) **JULY 13, 2009** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i), the plaintiff, Megan Alfano, through her attorney, hereby stipulates that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

**Plaintiff**, Megan Alfano


By:   /s/Daniel S. Blinn
Daniel S. Blinn, Fed Bar No. ct02188
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408  Fax. (860) 571-7457
dblinn@consumerlawgroup.com

## **CERTIFICATION**

I hereby certify that on this 13th day of July, 2009, a copy of foregoing Notice of Dismissal With Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/Daniel S. Blinn
Daniel S. Blinn